UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
                                                    )
        Plaintiff, )
                                                    )
                                                    ) CASE NO. 08-102-M
vs. )
                                                    )
**MICHAEL LINDSEY**, )
                                                    )
        Defendant. )

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **10TH** day of **JUNE, 2008**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                              _____
                                                                              **Honorable Leonard P. Stark**
                                                                              **U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney